ALVA J. FRENCH, Appellant, *v.* NEW YORK RAILWAYS CORPORATION, Respondent.

(Argued October 23, 1930; decided November 18, 1930.)

*Thomas F. Compton* for appellant.
*Henry J. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., and CRANE, J.